IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Martin, Kwame J | Case Number: 05 B 33119 |
|---|---|---|
| | Martin, Kim V | Judge: Hollis, Pamela S |
| | Printed: 12/28/07 | Filed: 8/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: December 19, 2007
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,707.00 | |
| Secured: | | 13,629.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 877.03 |
| Other Funds: | | 0.00 |
| Totals: | 16,707.00 | 16,707.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Bank | Secured | 29,321.80 | 13,629.97 |
| 3. | United States Dept Of Education | Unsecured | 3,361.18 | 0.00 |
| 4. | Wells Fargo Bank | Unsecured | 3,959.99 | 0.00 |
| 5. | TCF Bank | Unsecured | | No Claim Filed |
| 6. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 7. | Northwest Collectors | Unsecured | | No Claim Filed |
| 8. | Safeway Insurance Co | Unsecured | | No Claim Filed |
| 9. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,842.97 | $ 15,829.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 388.13 |
| 5% | 140.00 |
| 4.8% | 168.00 |
| 5.4% | 180.90 |
| | _____ |
| | $ 877.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Martin, Kwame J
    Martin, Kim V
    Printed:  12/28/07

Case Number:  05 B 33119
Judge:  Hollis, Pamela S
Filed:  8/22/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

